AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JEFFREY L. HAINES,

        Plaintiff,

                v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-257-CI

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's motion for Summary Judgment is denied.
Defendant's motion for Summary Judgment is granted.  Judgment shall be entered for Defendant and the file shall be closed.

May 18, 2007
**Date**

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer

*(By) Deputy Clerk*
Cheryl Switzer